# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 6, 2021

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Juan Villar**
**07 Cr 639 (NRB)**

Dear Judge Buchwald:

I was appointed this morning to represent Mr. Villar on the above-captioned case. Mr. Villar was indicted in 2007 and was just arrested and presented today. I believe this delay violates his Sixth Amendment right to a speedy trial and the case should be dismissed with prejudice. As such, after conferring with the Government, we respectfully submit the following briefing schedule for the Court's consideration: defense's motion to dismiss due on Friday, August 20; Government response due on Friday, September 3; defense reply due on Friday, September 10. I also respectfully ask the Court set a hearing date soon after briefing concludes.

While the motion is pending, the defense respectfully requests the Government consider voluntarily dismissing this matter and allowing Mr. Villar to voluntarily depart the country and return to Santo Domingo, Dominican Republic, which is willing and ready to do. Thank you for your consideration.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
Tel.: (212) 417-8733

cc: Thomas Burnett, AUSA

---

ENDORSEMENT

The proposed briefing schedule is acceptable.

So Ordered.

Naomi Reice Buchwald, USDJ
August 11, 2021